215 U.S. 585
 30 S.Ct. 404
 54 L.Ed. 338
 JEROME H. REMICK & COMPANY, Plaintiff in Error,
v.
JOSEPH W. STERN and Edward B. Marks.
 No. 352.
 Supreme Court of the United States
 November 15, 1909
 
 1
 Mr. Moses H. Grossman for plaintiff in error.
 
 
 2
 Mr. Julius Henry Cohen for defendants in error.
 
 
 3
 Per Curiam: Writ of Error dismissed for want of final judgment. McLish v. Roff, 141 U. S. 661, 35 L. ed. 893, 12 Sup. Ct. Rep. 118; Pfaelzer v. Bach Fur Co., 215 U. S. 584, 54 L. Ed. , 30 Sup. Ct. Rep. 403, Nov. 8, 1909.